UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUSCAVAGE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:17-cv-00170-BEN-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR PARTIAL DIMISSAL and**<br><br>**(2) GRANTING JOINT MOTION TO REMAND** |

　　　Before the Court is the joint motion for partial dismissal and to remand ("Joint Motion") filed by Plaintiff Layla Suscavage and Defendant The Regents of the University of California. (Docket No. 10.) The parties indicate that they have agreed to dismiss with prejudice Plaintiff's claim for violation of Section 510 Employee Retirement Income Security Act (29 U.S.C. § 1140, "ERISA"), which is the only federal claim and upon which this Court's jurisdiction over this action relies. (*Id.*) The parties request the Court dismiss Plaintiff's ERISA claim and remand the action to the San Diego Superior Court. (*Id.*)

///

///

1

Good cause appearing, the Joint Motion is **GRANTED**. Plaintiff's ERISA claim for violation of 29 U.S.C. § 1140 is **DISMISSED with prejudice**. Plaintiff's remaining claim is **REMANDED** to the San Diego Superior Court, Central Division.

**IT IS SO ORDERED.**

Dated: October 13, 2017

Hon. Roger T. Benitez
United States District Judge